Jeffrey Willis, Esq.
Nevada Bar No. 4797
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
        wklomp@swlaw.com

*Attorneys for Plaintiff and Counter-
Defendant Wells Fargo Financial Nevada 2,
Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO FINANCIAL NEVADA 2, INC., a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE EAGLE AND THE CROSS LLC, a foreign limited-liability company; SUSAN PATCHEN, an individual; SUNRISE VILLAS V HOMEOWNERS' ASSOCIATION, a Nevada non-profit coop corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation;<br><br>Defendants. | Case No.  2:16-cv-01775-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF SUNRISE VILLAS V HOMEOWNERS' ASSOCIATION** |
| AND ALL RELATED ACTIONS | |

This Stipulation and Order for Dismissal without Prejudice of Sunrise Villas V Homeowners' Association ("Stipulation") is entered into as of the date below by and between Wells Fargo Financial Nevada 2, Inc., ("Wells Fargo") and Sunrise Villas V Homeowners' Association ("Sunrise Villas" and collectively with Wells Fargo, the "Parties"). The Parties

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

4829-4027-1691

1    hereby stipulate and agree as follows:

2    　　　　WHEREAS, the above-captioned action concerns an NRS 116 foreclosure sale involving

3    that real property in Clark County, Nevada with APN 163-13-713-005, commonly known as

4    3156 Sonata Drive, Las Vegas, Nevada 89121 (the "Property");

5    　　　　WHEREAS, the Plaintiff filed this action on July 26, 2016, and alleges several causes of

6    action against Sunrise Villas; and

7    　　　　WHEREAS, Sunrise Villas disclaims any interest in title to the Property.

8    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

9    　　　　1.　　Sunrise Villas shall be bound by any non-monetary final order, judgment, or

10   decree as to the disposition of the Property and the validity of the NRS 116 foreclosure sale of

11   the Property.

12   　　　　2.　　The Complaint is dismissed without prejudice as to Sunrise Villas only, with each

13   party to bear their own fees/costs.

14   　　　　3.　　Any statute of limitations for the causes of action asserted against Sunrise Villas,

15   which Sunrise Villas may allege have expired since the Complaint was filed on July 26, 2016,

16   shall be tolled as of the filing date until this litigation is fully and finally resolved.

17   　　　　4.　　Sunrise Villas represents that it has produced all documents in its possession

18   related to the litigation and the Property.  To the extent additional documents are discovered,

19   Sunrise Villas agrees to produce those documents to the parties remaining in the litigation.

20   　　　　5.　　Upon proper notice by Plaintiff in accord with the Federal Rules of Civil

21   Procedure, Sunrise Villas shall make available a knowledgeable witness for deposition limited to

22   the claims and defenses of the parties remaining in the litigation as those claims and defenses

23   relate to the assessment lien foreclosure sale of the Property, and subject to any and all

24   applicable objections.  Sunrise Villas shall be provided 30 days' notice of the deposition, and an

25   opportunity to coordinate with all remaining Parties concerning a mutually convenient time, date

26   and location of such deposition.

27   　　　　6.　　The Parties reserve any and all rights, privileges, and defenses under applicable

28   law.

4829-4027-1691

Wherefore, the undersigned request this Court enter an Order granting the above stipulation.

Dated: July 13, 2017.

BOYACK ORME & ANTHONY

By: _/s/ Colli McKiever_____
    Colli McKiever, Esq.
    Nevada Bar No. 13724
    401 N. Buffalo Drive, Suite #202
    Las Vegas, Nevada  89145
    Telephone:  (702) 562-3415
    Facsimile:  (702) 562-3570

*Attorneys for Sunrise Villas V Homeowners'
Association*

Dated:  July 13, 2017.

SNELL & WILMER L.L.P.

By: _/s/ Wayne Klomp_____
    Jeffrey Willis, Esq.
    Nevada Bar No. 4797
    Wayne Klomp, Esq.
    Nevada Bar No. 10109
    50 West Liberty Street, Suite 510
    Reno, Nevada  89501

*Attorneys for Wells Fargo Financial Nevada 2,
Inc.*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED:  _____July 17, 2017_____

4829-4027-1691

- 3 -

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775/785-5440

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated:  July 13, 2017

                     */s/ Lara J. Taylor*
                    An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775/785-5440

4829-4027-1691

- 4 -