**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO FINANCIAL NEVADA 2, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:16-cv-01775-JCM-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| THE EAGLE AND THE CROSS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on Defendant Sunrise Villas V Homeowners' Association's Motion to Remove Attorney from Service List (ECF No. 40), filed on September 20, 2017.

Defendant requests that its attorney and his support staff be removed from the service list in this case because Plaintiff's claims have been dismissed pursuant to the parties Stipulation (ECF No. 35). The Court finds good cause to grant Defendant's request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Sunrise Villas V Homeowners' Association's Motion to Remove Attorney from Service List (ECF No. 40) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Edward D. Boyak, Esq. and all others associated with the law firm of Boyack Orme & Anthony from the CM/ECF service list in this case.

DATED this 26th day of September, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge