John S. Delikanakis, Esq.
Nevada Bar No. 5928
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jdelikanakis@swlaw.com
       wklomp@swlaw.com

*Attorneys for Plaintiff and Counter-Defendant Wells Fargo Financial Nevada 2, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO FINANCIAL NEVADA 2, INC., a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE EAGLE AND THE CROSS LLC, a foreign limited-liability company; SUSAN PATCHEN, an individual; SUNRISE VILLAS V HOMEOWNERS' ASSOCIATION, a Nevada non-profit coop corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation;<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | Case No. 2:16-cv-01775-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and 7-1, it is hereby stipulated by and between Plaintiff and Counter-Defendant Wells Fargo Financial Nevada 2, Inc. ("Wells Fargo"), Defendant and Counter-Claimant The Eagle And The Cross LLC ("The Eagle"), Defendant Susan Patchen ("Patchen" and jointly with Wells Fargo and The Eagle, the "Parties"), by and through their respective undersigned counsel of record, as follows:

4811-1224-7642

On December 22, 2017, Patchen and The Eagle filed a Motion for Summary Judgment (ECF No. 42). Wells Fargo also filed a Motion for Summary Judgment on that same day (ECF No. 43). Currently, any response to both Motions is due January 12, 2018. Because the briefing schedule occurred over two major holidays, the Parties stipulate and agree to extend the briefing schedule and the timing for responses to both Motions for Summary judgment. The Parties agree that any response to the Motions will be due **January 22, 2018**. The Parties stipulate and agree to the foregoing in good faith. This Stipulation is made for the benefit and convenience of the Parties and is not intended to delay the proceedings in this case.

Dated: January 12, 2018.

LAW OFFICE OF MICHAEL BEEDE

By: */s/ Michael Beede*
   Michael Beede, Esq.
   Nevada Bar No. 13068
   Garrett R. Chase, Esq.
   Nevada Bar No. 14498
   2300 W. Sahara Ave. #240
   Las Vegas, Nevada 89102

*Attorney for The Eagle And The Cross LLC and Susan Patchen*

Dated: January 12, 2018.

SNELL & WILMER L.L.P.

By: */s/ Wayne Klomp*
   John S. Delikanakis, Esq.
   Nevada Bar No. 5928
   Wayne Klomp, Esq.
   Nevada Bar No. 10109
   50 West Liberty Street, Suite 510
   Reno, Nevada 89501

*Attorneys for Wells Fargo Financial Nevada 2, Inc.*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE
DATED: January 12, 2018

| | |
|---|---|
| 1 | **<u>CERTIFICATE OF SERVICE</u>** |
| 2 | I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. |

Dated: January 12, 2018

                         */s/ Lara J. Taylor*
                         An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

4811-1224-7642